STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7234
    Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS MOISES ROCHIN-HUERTA,<br><br>    Defendant. | CASE NO. 5:20-CR-48 BLF<br><br>JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 8, 2022, AND TO EXCLUDE TIME FROM DECEMBER 7, 2021 THROUGH MARCH 8, 2022, FROM THE SPEEDY TRIAL ACT CALCULATION [18 U.S.C. § 3161(h)(7)(A) AND (h)(7)(B)(iv)] |

## JOINT STIPULATION

The parties are scheduled to appear before the Court for a status conference in this case on Tuesday, December 7, 2021. The parties hereby provide the Court with a status update on this case and request the Court continue the December 7, 2021 status conference to March 8, 2022. The United States has provided discovery in this matter and will continue to provide additional discovery as it is received. Defense counsel needs time to review the discovery and to conduct his own investigation. Defense counsel has obtained the services of a Spanish language interpreter to facilitate discussions with Mr. Rochin-Huerta, and needs additional time for further discussions. Public health orders hamper defense

counsel's ability to meet with Mr. Rochin-Huerta, relevant personnel, and witnesses. They also impede necessary investigative efforts, including the collection and review of discovery relevant to the defense case. In addition, government counsel has trials in January 2022 and February 2022, and defense counsel is currently in a three-defendant homicide trial in Contra Costa County. Defense counsel is also scheduled to commence a trailing co-defendant homicide trial on December 2, 2021, which is expected to last until the first or second week of February 2022.

Accordingly, the parties hereby request that the status conference set for December 7, 2021, be continued to March 8, 2022. The parties hereby stipulate that the time from December 7, 2021, through March 8, 2022, should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow defense counsel sufficient time to prepare effectively, taking into account the exercise of due diligence, and for continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

DATED: December 6, 2021

/s/
KRISTINA GREEN
Assistant United States Attorney

DATED: December 6, 2021

/s/
COLIN L. COOPER
Counsel for Jesus Moises Rochin-Huerta

## ORDER

Based upon the representations made in the parties' stipulation above and for good cause shown, the COURT HEREBY ORDERS that the status conference previously set for December 7, 2021, is continued to March 8, 2022. The Court further orders that the time from December 7, 2021, through March 8, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court finds that defense counsel needs additional time to investigate and to meet with the defendant with the assistance of a Spanish language interpreter, and that the failure to grant this request would unreasonably deny defense counsel reasonable time to effectively prepare, taking into account the exercise of due diligence. The Court further finds that the failure to grant the continuance would unreasonably deny the defendant and government continuity of counsel. Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore excludes this time pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: December _6_, 2021

HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE